RECEIVED
NOV 22 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
NOV 22 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 05CR 946 |
| v. ) | |
| ) | Magistrate Judge Nan R. Nolan |
| MIGUEL SANCHEZ ) | |

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before the Honorable Nan R. Nolan, a United States Magistrate Judge, and being duly sworn on oath, states: That on October 12, 2005, in the Southern District of Texas, Corpus Christi Division, an arrest warrant issued for one Miguel Sanchez, based on a 2-count indictment charging defendant with: possessing with intent to distribute more than five kilograms of cocaine, ~~and money laundering~~ in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), ~~and 18 U.S.C. § 1956(h)~~ and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest issued and is outstanding for the arrest of said defendant. A copy of the Warrant for Arrest and a copy of the Indictment are attached.

Wherefore, Affiant prays that the defendant be dealt with according to law.

*Kenneth Howard*
Ken Howard, Task Force Officer
Drug Enforcement Administration

Subscribed and Sworn to before me this
22nd day of November, 2005.

*Nan R. Nolan*
Nan R. Nolan
United States Magistrate Judge

Bond set [or recommended] by issuing Court at __No bond set__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-05-603(2) |
| | § | |
| MIGUEL SANCHEZ | § | |

FIRST REDACTED
## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about October 27, 2002, and up until the time of this indictment in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MIGUEL SANCHEZ,

did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

From on or about June 1, 2003, and up until the time of this indictment, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, then well knowing that the financial transactions involved the proceeds of some form of unlawful activity, that is, distribution of controlled substances, which property involved in the financial transactions represented the proceeds of specified unlawful activity, that is, the distribution of controlled substances with (1) the intent to promote the carrying on of the specified unlawful activity; namely, the buying, selling, concealment and distribution of controlled substances; and (2) knowing that the transactions were designated in whole or in part to control and disguise the nature, location, source, ownership, and control of the proceeds of the said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1).

In violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
ROBERT M. GALVAN
Assistant United States Attorney

2



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| MIGUEL SANCHEZ | § | |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Chuck Rosenberg, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of MIGUEL SANCHEZ, pursuant to an Indictment filed on October 12, 2005. The Government moves for defendant's detention without bond.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
ROBERT GALVAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| MIGUEL SANCHEZ | § | |

## ORDER FOR ISSUANCE OF ARREST WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| MIGUEL SANCHEZ | No Bond |

SIGNED at Corpus Christi, Texas, this _____ day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE